# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Edwin Cruz,

Plaintiff(s),

v.

Tsuki Entertainment, Inc. et al,

Defendant(s).

Case No. 15-cv-5239
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Edwin Cruz
and against defendant(s) Tsuki Entertainment, Inc. and Francesco Grassano
in the amount of $29,342.50 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for default judgment and to approve damages.

Date: 9/10/2015                                         Thomas G. Bruton, Clerk of Court

                                                        Rhonda Johnson , Deputy Clerk